No. 93. Katie Moeschen, Plaintiff in Error, *v.* The Tenement House Department of the City of New York. In error to the Supreme Court of the State of New York. Argued November 9, 1906. Decided November 12, 1906. *Per Curiam.* Judgment affirmed with costs. *Boston Beer Company* v. *Massachusetts,* 97 U. S. 25, 32; *Powell* v. *Pennsylvania,* 127 U. S. 678; *United States* v. *Des Moines &c. Company,* 142 U. S. 510, 544; *Holden* v. *Hardy,* 169 U. S. 366; *Atkin* v. *Kansas,* 191 U. S. 207; *Jacobson* v. *Massachusetts,* 197 U. S. 11; *Gardner* v. *Michigan,* 199 U. S. 325; case below, 89 App. Div. 526; 179 N. Y. 325. And see *Health Department* v. *Rector &c.,* 145 N. Y. 32; *Harrington* v. *Board of Aldermen,*

20 R. I. 233; *Commonwealth* v. *Roberts*, 155 Massachusetts, 281. *Mr. Adolph Bloch* for plaintiff in error. *Mr. Theodore Connoly* for defendant in error.